DONALD W. BURNS *v.* HARRY J. GOULD

The plaintiff's motion to strike the defendant's assignment of errors filed May 19, 1976, in the appeal from the Superior Court in Fairfield County is denied.

*Arthur A. Hiller,* in support of the motion.

Submitted May 28—decided June 23, 1976

NORCHESTER CORPORATION *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF BARKHAMSTED ET AL.

The petition by the defendant Belle Camperland, Inc., for certification for appeal from the Court of Common Pleas in Litchfield County is denied.

*John J. Dunham,* in support of the petition.

*Albert E. Goring, Jr.,* in opposition.

Submitted June 7—decided June 23, 1976

STATE OF CONNECTICUT *v.* ARTHUR R. BARNARD

The state's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Guy W. Wolf III,* assistant prosecuting attorney, in support of the petition.